**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JANE PLUMHOFF,<br><br>      Plaintiff,<br><br>v.<br><br>SAFE HIRING SOLUTIONS LLC<br><br>      Defendant. | CIVIL ACTION NO.:<br>1:20-cv-02624-DLP-JRS |

**NOTICE OF SETTLEMENT AND**
**REQUEST TO STAY ALL DEADLINES**

Plaintiff, JANE PLUMHOFF, hereby respectfully apprises this Honorable Court that the parties have reached a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties are currently in the process of preparing formal documents necessary to memorialize the terms and conditions of the settlement of this matter.

2. Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for further court filings.

3. Plaintiff specifically requests that the Settlement Conference scheduled for October 6, 2021, be vacated.

4. Plaintiff also specifically requests that the Status Conference scheduled for October 12, 2021, be vacated.

**FRANCIS MAILMAN SOUMILAS, P.C.**

BY: */s/ Joseph L. Gentilcore*
JOSEPH L. GENTILCORE
*Admitted Pro Hac Vice*
1600 Market Street, Suite 2510
Philadelphia, PA 19103
215-735-8600
jgentilcore@consumerlawfirm.com

*Attorney for Plaintiff*

Date:  September 30, 2021