UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE PLUMHOFF, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:20-cv-02624-DLP-JRS |
| SAFE HIRING SOLUTIONS LLC, | ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

The parties, having filed their Stipulation of Dismissal and the Court being duly advised, it is therefore, **ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Complaint against the Defendant be, and the same is, hereby dismissed, with prejudice, the same being fully compromised and settled, with each party bearing their own costs and attorneys' fees.

So ORDERED.

Date: 11/2/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email